LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.(Nevada Bar No. 6653)
STEPHEN G. KEIM, ESQ.(Nevada Bar No. 11621)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
(702) 382-1500
fax (702) 382-1512
jgarin@lipsonneilson.com
skeim@lipsonneilson.com

Attorneys for Defendant *ANTHEM HIGHLANDS COMMUNITY ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TERRA WEST COLLECTIONS GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CITY OF HENDERSON; REPUBLIC SERVICES,<br><br>Defendants.<br>_____<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counter-Claimant,<br><br>vs.<br><br>TERRA WEST COLLECTIONS GROUP, LLC; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; RUGGED OAKS INVESTMENTS, LLC,<br><br>Counter-Defendants.<br>_____ | CASE NO.:  2:15-cv-01692-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE** |

   IT IS HEREBY STIPULATED between Federal National Mortgage Association and Anthem Highlands Community Association, by their respective counsel, that

/ / /

/ / /

Anthem Highlands Community Association shall have until, and including, November 2, 2015, to respond to Federal National Mortgage Association's Counterclaim.

| | |
|---|---|
| Dated: October 26, 2015 | Dated: October 26, 2015 |
| ALDRIDGE PITE, LLP | LIPSON NEILSON COLE SELTZER & GARIN, P.C. |
| By: */s/ Jory Garabedian*<br>   Laurel Handley, Esq.<br>   Jory Garabedian, Esq.<br>   520 South 4th Street, Suite 360<br>   Las Vegas, Nevada 89101<br>   *Attorneys for Federal National Mortgage Association* | By: *Stephen G. Keim*<br>   Joseph P. Garin, Esq.<br>   Stephen G. Keim, Esq.<br>   9900 Covington Cross Drive, Suite 120<br>   Las Vegas, Nevada 89144<br>   *Attorneys for Anthem Highlands Community Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated this 30th day of October, 2015

Respectfully submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Stephen G. Keim*
   JOSEPH P. GARIN, ESQ. (Nevada Bar No. 6653)
   STEPHEN G. KEIM, ESQ. (Nevada Bar No. 11621)
   9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144

Attorneys for Defendant *ANTHEM HIGHLANDS COMMUNITY ASSOCIATION*

- 2 -