LAUREL I. HANDLEY (NV Bar # 9576)
ANTHONY R. SASSI (NV Bar # 12486)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

Attorneys for Defendant/Counterclaimant
FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRA WEST COLLECTIONS GROUP, LLC,<br><br>    Plaintiff,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; CITY OF HENDERSON; REPUBLIC SERVICES,<br><br>    Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>    Intervenor. | Case No.: 2:15-cv-01692-JAD-VCF<br><br>**STIPULATION AND ORDER FOR JUDGMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION and FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Association,<br><br>    Counterclaimants,<br>v.<br><br>TERRA WEST COLLECTIONS GROUP, LLC; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION; RUGGED OAK INVESTMENTS, LLC,<br><br>    Counter-Defendants. | |
| RUGGED OAKS INVESTMENTS, LLC,<br><br>    Counterclaimant, | |

| | |
|---|---|
| v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; all other unknown persons or entities claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto; DOES I through V; and ROE CORPORATIONS, I through V,<br><br>                Counter-Defendants. | |
| RUGGED OAKS INVESTMENTS, LLC,<br><br>                Cross-Claimant,<br>v.<br><br>TERRA WEST COLLECTIONS GROUP, LLC; ANTHEM HIGHLANDS COMMUNITY ASSOCIATION,<br><br>                Cross-Defendants. | |

## STIPULATION AND ORDER FOR JUDGMENT

COMES NOW Defendant/Counterclaimant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), Intervenor/Counterclaimant, FEDERAL HOUSING FINANCE AGENCY, LLC ("FHFA"), Counter-Defendant/Cross-Claimant, RUGGED OAKS INVESTMENTS, LLC ("Rugged Oaks"), Plaintiff/Counter-Defendant/Cross-Defendant TERRA WEST COLLECTION GROUP ("Terra West"), and Counter-Defendant/Cross-Defendant ANTHEM HIGHLANDS COMMUNITY ASSOCIATION ("Association"), by and through their respective counsels of record, and hereby stipulate and agree as follows:

**WHEREAS**, this action concerns title to real property commonly known as 2672 Strichen Avenue, Henderson, Nevada 89044 ("Property"). The Property is more specifically described as:

> PARCEL 1:
> LOT SIX HUNDRED TWO (602) OF ANTHEM HIGHLANDS UNIT 9 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 118 OF PLATS, PAGE 62 IN THE OFFICE OF THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> EXCEPTING THEREFROM, A NON-EXCLUSIVE ESEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, OVER AND UPON THE COMMON

ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ANTHEM HIGHLANDS, A PLANNED COMMUNITY RECORDED JULY 25, 2003 IN BOOK 20030725 OF OFFICIAL RECORDS, AS DOCUMENT NO. 01651.

PARCEL II:
A NON-EXCLUSIVE EASEMENT OF INGRESS, EGRESS, USE AND ENJOYMENT OF, OVER AND UPON THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ANTHEM HIGHLANDS, A PLANNED COMMUNITY RECORDED JULY 25, 2003 IN BOOK 20030725 OF OFFICIAL RECORDS, AS DOCUMENT NO. 01651.

**WHEREAS,** Fannie Me acquired ownership of real property located at 2672 Strichen Avenue, Henderson, Nevada 89044 ("Property") at a duly noticed foreclosure sale on October 10, 2013, and the Trustee's Deed Upon Sale conveying title to Fannie Mae was recorded in the Official Records of Clark County, Nevada on October 21, 2013 as Instrument No. 201310210000768;

**WHEREAS,** Terra West recorded a Notice of Delinquent Assessment Lien ("HOA Lien") against the Property on May 9, 2014 in the Official Records of Clark County, Nevada as Instrument No. 201405090001989;

**WHEREAS,** Terra West recorded a Notice of Default and Election to Sell Under Homeowners Association Lien ("Notice of Default") against the Property on November 12, 2014 in the Official Records of Clark County, Nevada as Instrument No. 201411120000440;

**WHEREAS,** Terra West recorded a Notice of Foreclosure Sale ("Notice of Sale" and collectively with the HOA Lien and Notice of Default "Foreclosure Notices") on April 7, 2015 in the Official Records of Clark County, Nevada as Instrument No. 201504070000447;

**WHEREAS,** a foreclosure deed ("Foreclosure Deed") was recorded against the Property on May 7, 2015 claiming that the Property was sold to Rugged Oaks for a purchase price of $181,000 ("Sale Proceeds") at a foreclosure sale conducted on April 29, 2015 ("HOA Sale");

**WHEREAS,** following the HOA Sale, Terra West applied the Sale Proceeds first to the costs and fees of the HOA Sale and then to the balance of the HOA Lien;

**WHEREAS,** after deducting the costs and fees of the HOA Sale and the balance of the HOA Lien, there remained excess proceeds in the amount of $173,912 ("Excess Proceeds");

WHEREAS, Terra West initiated this lawsuit in the United States District Court, District of Nevada, Case No. 2:15-cv-01692-RBF-VCF ("Litigation");

WHEREAS, the Parties have entered a settlement agreement in which they have settled all claims by and between them.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** that title to the Property should be quieted in the name of RUGGED OAKS INVESTMENTS, LLC;

**IT IS HEREBY FURTHER STIPULATED** that this order quieting title to the Property may be recorded in the Official Records of Clark County, Nevada;

**IT IS HEREBY FURTHER STIPULATED** that excess proceeds from the HOA Sale of April 29, 2015 of $173,912 be released to Fannie Mae;

**IT IS HEREBY FURTHER STIPULATED** that this Stipulation and Order constitutes the Final Judgment of this Court, resolving all claims, counterclaims, and crossclaims of all parties in this case, with prejudice;

**IT IS HEREBY FURTHER STIPULATED** that each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of September, 2017.　　　　DATED this 7th day of September, 2017.

ALDRIDGE PITE, LLP　　　　　　　　　　　　HUTCHISON & STEFFEN, LLC

_/s/ Anthony R. Sassi_　　　　　　　　　　　　_/s/ Bradley G. Sims_
LAUREL I. HANDLEY, ESQ.　　　　　　　　　JOHN T. STEFFEN, ESQ
ANTHONY R. SASSI, ESQ.　　　　　　　　　　BRADLEY G. SIMS, ESQ..
Attorneys for FEDERAL NATIONAL MORTGAGE ASSOCIATION　　　　　　Attorneys for RUGGED OAKS INVESTMENTS, LLCS

| | | |
|---|---|---|
| 1 | DATED this 7th day of September, 2017. | DATED this 7th day of September, 2017. |
| 2 | LIPSON, NEILSON, COLE, SELTZER & GARIN | GORDON LAW |

DATED this 7th day of September, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN

DATED this 7th day of September, 2017.

GORDON LAW

_/s/ Eric N. Tran_
JOSEPH P. GARIN, ESQ.
ERIC N. TRAN, ESQ.
Attorneys for ANTHEM HIGHLANDS COMMUNITY ASSOCIATION

_/s/ Aviva Y. Gordon_
AVIVA Y. GORDON. ESQ.
Attorney for TERRA WEST COLLECTIONS GROUP, LLC

DATED this 7th day of September, 2017.

FENNEMORE CRAIG, P.C.

_/s/ Leslie Bryan Hart_
LESLIE BRYAN HART, ESQ.
JOHN D. TENNERT, ESQ.

and

ARNOLD & PORTER KAYE SCHOLER, LLP

ASIM VARMA, ESQ.
HOWARD N. CAYNE, ESQ.
MICHAEL A.F. JOHNSON, ESQ.

Attorneys for FEDERAL HOUSING FINANCE AGENCY

## ORDER AND JUDGMENT

By Stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS**:

**IT IS HEREBY ORDERED** that title to the Property should be quieted in the name of RUGGED OAKS INVESTMENTS, LLC;

**IT IS FURTHER ORDERED** that this order quieting title to the Property may be recorded in the Official Records of Clark County, Nevada;

**IT IS FURTHER ORDERED** that excess proceeds from the HOA Sale of April 29, 2015 of $173,912 be released to Fannie Mae;

**IT IS FURTHER ORDERED** that this Order constitutes the Final Judgment of this Court, resolving all claims, counterclaims, and crossclaims of all parties in this case, with prejudice;

**IT IS FURTHER ORDERED** that each party shall bear its own fees and costs.

**IT IS SO ORDERED.**



RICHARD F. BOULWARE, II
United States District Judge

DATED: September 25, 2017.